## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jan Poniewierski

                          Plaintiff,

v.                                                   Case No.: 1:26–cv–03806
                                                     Honorable Lindsay C. Jenkins

Markwayne Mullin, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Pursuant to the notice of voluntary dismissal [15] the case is dismissed without prejudice. The motion to dismiss [10] is denied as moot. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.